```
                 UNITED STATES DISTRICT COURT              Send
                CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION
                    CIVIL MINUTES - GENERAL
```

Case No.  CV 08-1800 GPS(JCx)                     Date:  July 29, 2008


Title:  *Retirement Plan for Eligible Employees on the Salary and Weekly Payrolls of Electronics Operations, et al. v. Annette Osbourne and Yevette Osborne*
=======================================================================
PRESENT:         THE **HONORABLE GEORGE P. SCHIAVELLI**,    JUDGE

        Jake Yerke                            Not present
       Courtroom Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
Not Present                           Not Present

PROCEEDINGS:   Order Denying Stipulation to Continue;
               Order to Show Cause ("OSC") re: Sanctions;
               Order to Show Cause re: Lack of Prosecution
               (In Chambers)

     On March 17, 2008, Plaintiffs filed the present action against Annette and Yevette Osborne.  Two months later, on June 6, 2008, the Court issued an order setting the Scheduling Conference for August 4, 2008.  According to this Order, the parties' joint report was to be filed by July 28, 2008.

     Instead, on July 28, 2008, Plaintiffs and Defendant Annette Osborne filed a joint stipulation to continue the Scheduling Conference to September 8, 2008 because: (1) the parties are allegedly near settlement and (2) counsel for Defendant Annette Osborne has a pre-planned family vacation that conflicts with the date of the Scheduling Conference.  The Court does not find this to be good cause for continuing the Scheduling Conference.  This is particularly true as Defendant's counsel was undoubtably aware of her vacation plans, but chose to wait until the hearing was imminent before informing the Court.  Contrary to the parties' apparent belief, the Court will not rearranged its calendar at the attorneys' whim.  Accordingly, the stipulation is **DENIED.**

     In light of this denial, the counsel are now in violation of their obligations under Rule 26[1] and are **ORDERED TO SHOW CAUSE** why they should not

---

[1]   Filing a stipulation on the date of a deadline ensures missing the deadline if the stipulation is denied.  *See* Local Rule 7-1 (Stipulations "will not be effective until approved by the judge.")

MINUTES FORM 11                              Initials of Deputy Clerk JY
CIVIL - GEN

be sanctioned. Counsel shall file responses to this OSC by **Thursday, July 31, 2008**. The hearing on this OSC will take place at the same time as the Scheduling Conference on **August 4, 2008 at 11:00 a.m.** In order for the Scheduling Conference to go forward as planned, the parties shall file their Joint Report pursuant to Rule 26(f) by **Thursday, July 31, 2008**.

    Additionally, Plaintiffs' counsel is **ORDERED TO SHOW CAUSE** why their claim against Yevette Osborne should not be dismissed for lack of prosecution. This case was filed more than six months ago, yet this Defendant has not appeared and Plaintiffs have not instituted default proceedings. Plaintiffs' counsel shall respond to this OSC by **Thursday, July 31, 2008**.

**IT IS SO ORDERED.**