JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREMENT PLAN FOR ELIGIBLE EMPLOYEES ON THE SALARY AND WEEKLY PAYROLLS OF ELECTRONICS OPERATIONS, NORTH AMERICAN AIRCRAFT OPERATIONS AND NORTH AMERICAN SPACE OPERATIONS, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANNETTE OSBORNE, an individual, and YEVETTE OSBORNE, an individual<br><br>Defendants. | CASE NO. CV 08-01800 MMM (JCx)<br><br>JUDGMENT FOR PLAINTIFF |

On March 17, 2008, plaintiff Retirement Plan for Eligible Employees on the Salary and Weekly Payrolls of Electronics Operations, North American Aircraft and North American Space Operations filed this interpleader action against defendants Annette Osborne ("Annette") and Yevette Osborne ("Yevette"). Plaintiff sought to have Annette and Yevette litigate their respective rights to pension benefits under a pension plan in which Charles C. Osborne, who died on January 8, 2007, was a vested participant. Yevette did not answer or otherwise respond, and the clerk entered her default on August 25, 2008. Plaintiff then moved for entry of default judgment. In an order dated June 29, 2009, the court granted plaintiff's motion. Accordingly

IT IS ORDERED AND ADJUDGED that

1. Annette Osborne is the rightful beneficiary of Charles C. Osborne's benefits under the pension plan in which he was a vested participant;

2. Yevette Osborne has no interest in Charles C. Osborne's pension plan benefits; and

3. Yevette Osborne is enjoined from initiating any litigation against plaintiff seeking to recover Charles C. Osborne's pension plan benefits.

DATED: June 29, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE